IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SALZLER,   *
321 Eighty Oak Avenue
Mount Pleasant, SC 29464   *

  Plaintiff   *

v.   *

FEDEX GROUND,   *
2702 Neville Road
Pittsburgh, PA 15225   *

  and   *

LEWIS DARREN MARBURY,   *
7817 Mandan Road, Apt 201
Greenbelt, MD 20770   *

  Defendants   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF REMOVAL

Petitioner/Defendant, FedEx Ground, by their undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, file this Notice of Removal of this action from the Superior Court for the District of Columbia, Washington, DC, in which it is now pending, to the United States District Court for the District of Columbia, and in support thereof respectfully avers as follows:

1. Petitioner has been named as Defendant in a suit filed in the Superior Court for the District of Columbia, Case No.: 2012 CA-006001. Suit was originally filed on July 25, 2012. Petitioner/Defendant FedEx Ground was originally served on July 31, 2012.

2. That Defendant, FedEx Ground is incorporated in the State of Delaware and has its principal place of business in the State of Pennsylvania.

3. The Defendant Lewis Darren Marbury is a resident of Maryland.

3. Plaintiff Joseph Salazar is a resident of South Carolina.

1

4. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioners seek to remove this action to this Court under Title 28 U.S.C. §1441.

5. Filed herewith are copies of the Writ of Summons to FedEx Ground (Exhibit A), Complaint and Demand for Jury Trial (Exhibit B), Initial Order and Addendum (Exhibit C), Plaintiff's Information Sheet (Exhibit D), Amended Complaint and Jury Demand (Exhibit E), and Plaintiff's Praecipe regarding misnomer of Defendant, FedEx Ground (Exhibit F).

6. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of the Petitioner.

7. Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy exceeds $75,000. Plaintiff Joseph Salazar is a resident of South Carolina. The Defendant Lewis Darren Marbury is a resident of Maryland. That Defendant, FedEx Ground is incorporated in the State of Delaware and has its principal place of business in the State of Pennsylvania. Plaintiff's Complaint seeks judgment in the amount of $2,000,000.

WHEREFORE, Petitioner/Defendant, FedEx Ground, respectfully request that the above-entitled action be removed from the Superior Court for the District of Columbia, Washington, DC to the United States District Court for the District of Columbia.

Respectfully submitted,

Cynthia M. Weisz
DC Federal Bar No.: MD29391
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3625

(410) 752-6868 (fax)
cweisz@fandpnet.com
*Attorney for Petitioner/Defendant,*
*FedEx Ground*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of August 2012, a copy of the foregoing Notice of Removal was sent by first class mail, to:

Joseph Cammarata
Chaikin, Sherman,
Cammarata & Siegel, P.C.
1232 Seventeenth Street, N.W.
Washington, DC 20036
*Attorneys for Plaintiff*

Cynthia M. Weisz
DC Federal Bar No.: MD29391
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3625
(410) 752-6868 (fax)
cweisz@fandpnet.com
*Attorney for Petitioner/Defendant,*
*FedEx Ground*